UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICKOLAS BUTRIS,

    Plaintiff,

Case No. 13-13834

v.

Hon. John Corbett O'Meara

EQUIFAX INFORMATION SERVICES,
LLC, and DEPARTMENT STORES
NATIONAL BANK, N.A.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR ATTORNEY'S FEES AND COSTS

Before the court is Plaintiff's motion for attorney's fees and costs against Defendant Department Stores National Bank, N.A. Defendant has not filed a response.

Plaintiff alleges that Defendant violated the Fair Credit Reporting Act. After Defendant failed to respond to the complaint, the court entered a default judgment in Plaintiff's favor on December 16, 2013. Pursuant to 16 U.S.C. § 1681n(a)(3), Plaintiff seeks an award of attorney's fees and costs in the amount of $4,104.55.

Having reviewed Plaintiff's motion and supporting materials, the court finds Plaintiff's request for attorney's fees and costs to be legally and factually supported. The court further finds that the hours spent, hourly rate, and total

amount of fees requested to be reasonable in light of the nature of this case.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's February 12, 2014 motion for attorney's fees and costs is GRANTED.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: March 27, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 27, 2014, using the ECF system.

                                              s/William Barkholz
                                              Case Manager